**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECICUT**

2010 JUL -7 PM 2:04

IN RE:                                                                ) CHAPTER 13

**MARYLOU CRUZ**                                      ) CASE NUMBER 09-32982LMW

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

| Check # | Amt |
|---|---|
| 392008 | $60.85 |
| 391899 | $2504.37 |

$2,565.22

#274092

RCD Credit Corp.
355 Benton Street
Stratford, CT 06615

**OVER 90 DAYS & RE-ISSUED 2X AND FOE**

Dated at Hartford, Connecticut this _____ day of _____, 2010.

/s/ _____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

Debtor: 75 PLEASANT STREET WATERBURY CT 06706
Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV
Debtor's Counsel: william.hamzy@hamzy-conlin.com

/s/ _____
Molly T. Whiton, Chapter 13 Standing Trustee



Check 392008 — Chapter 13 Trustee Molly T. Whiton, 10 Columbus Blvd., Hartford, CT 06106 — Trustee Account — SunTrust — Date: 06-24-10 — $60.85 — Pay: SIXTY and 85/100 — To the following: Clerk, U.S. Bankruptcy Court, Undistributed Funds, 450 Main Street, Hartford, CT 06103 — Void after 90 days

Check 391899 — Chapter 13 Trustee Molly T. Whiton, 10 Columbus Blvd., Hartford, CT 06106 — Trustee Account — SunTrust — Date: 06-16-10 — $2504.37 — Pay: TWO THOUSAND FIVE HUNDRED FOUR and 37/100 — To the following: Clerk, U.S. Bankruptcy Court, Undistributed Funds, 450 Main Street, Hartford, CT 06103 — Void after 90 days